Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Susan Tancreto; Susan Horst; Alice Ogden; Dawn Taylor; Priscilla Burwell; Barbara Cogle; Candi Muse; Cindy Little; Lori Reed; Amber Hammonds; Teri Cummings; Larry Pyle, MD; and Rhonda Culp, individually and doing business as Bellissima Salon and Day Spa,<br><br>　　　　　Defendants. | Case No. 2:19−CV−01417−KJM−AC<br><br>**JOINT STIPULATION TO STAY OF ACTION** |

**RECITALS**

1. All defendants have been served with plaintiff's complaint and have either appeared by way of answer or have been voluntarily dismissed.

2. The scheduling conference is currently set for December 12, 2019.

3. This is a declaratory relief case. At issue is whether plaintiff, the homeowner's insurer for defendant Susan Tancreto, has a duty to defend or indemnify Ms. Tancreto against bodily injury claims by defendants Susan Horst, Alice Ogden, Dawn Taylor, Priscilla Burwell, Barbara Cogle, Candi Muse, Cindy Little, Lori Reed, Amber Hammonds, and Teri Cummings in a pending California Superior Court state court action, styled *Horst v. Pyle et al.*, case no. 191913 in Shasta County Superior Court.

4. Recently, the state court issued an order staying the state court action because Susan Tancreto is currently a defendant in a pending criminal case involving the same incidents at issue in the state court action. The state court has set a follow-up status conference for February 10, 2020. Exhibit "A" hereto is a true and correct copy of the state court's November 12, 2019 order.

5. In this declaratory relief case, the parties anticipate that Susan Tancreto will have to provide responses to discovery and possibly testify by way of declaration, deposition, and at trial. Ms. Tancreto intends to assert her Fifth Amendment right in connection with any such responses and testimony.

6. Given the pending criminal case and the stay of all proceedings in the state court action, the parties believe this declaratory relief case should be stayed for all purposes until the stay is lifted in the state court action.

**STIPULATION**

Accordingly, the parties, through their counsel of record, hereby stipulate to a stay of this case for all purposes until the stay is lifted in the state court

action. The parties also request the court issue an order imposing a stay and setting a follow-up status conference after February 10, 2020.

IT IS SO STIPULATED.

December 10, 2019          PATRICK HOWE LAW, APC

By: /s/ *Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon National Insurance Company

December 10, 2019          HASLERUD LAW OFFICE

By: /s/ *Gary E. Haslerud*
Gary E. Haslerud
Attorneys for defendants Susan Horst, Alice Ogden, Dawn Taylor, Priscilla Burwell, Barbara Cogle, Candi Muse, Cindy Little, Lori Reed, Amber Hammonds, and Teri Cummings

(Signature authorized on December 3, 2019)

December 10, 2019          MAIRE & DEEDON

By: /s/ *David J. King*
David J. King
Attorneys for defendant Ronda Culp

(Signature authorized on December 3, 2019)

| | |
|---|---|
| December 10, 2019 | SWANSON LAW OFFICE |
| | By: /s/ *Mark D. Norcross* <br> Mark D. Norcross <br> Attorney for defendant Susan Tancreto |
| | (Signature authorized on December 3, 2019) |

### **ORDER**

Accordingly, this case is STAYED for all purposes until the stay is lifted in the state court action, and all pending dates in this matter are vacated. A follow-up status conference is set for March 6, 2020 at 10:00 a.m. in Courtroom No. 3.

IT IS SO ORDERED.

DATED: December 10, 2019.

UNITED STATES DISTRICT JUDGE