Wayne H. Maire, State Bar No. 88850
David J. King, State Bar No.: 244587
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
wmaire@maire-law.com
dking@maire-law.com

Attorney(s) for Defendant, RONDA CULP,
erroneously sued as RHONDA CULP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN TANCRETO; SUSAN HORST; ALICE OGDEN; DAWN TAYLOR; PRISCILLA BURWELL; BARBARA COGLE; CANDI MUSE; CINDY LITTLE; LORI REED; AMBER HAMMONDS; TERI CUMMINGS; LARRY PYLE, M.D.; and RHONDA CULP, individually and doing business as BELLISSIMA SALON AND DAY SPA,<br><br>Defendants.<br>_____/ | CASE NO.: 2:19-cv-01417-KJM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE MARCH 6, 2020 FOLLOW-UP CONFERENCE** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

PAGE 1
STIPULATION AND ORDER TO CONTINUE MARCH 6, 2020 FOLLOW-UP CONFERENCE

# RECITALS

1. Whereas all defendants have been served with plaintiff's complaint and have either appeared by way of answer or have been voluntarily dismissed; and

2. Whereas the parties previously stipulated to a stay in this matter and a follow-up conference to be heard after February 10, 2020, which was the date of the state civil court status conference; and

3. Whereas this Court set the follow-up conference on March 6, 2020; and

4. Whereas the underlying criminal matter is currently set for a preliminary hearing on March 24, 2020 and no trial date for the criminal action has yet been set; and

5. Whereas this is a declaratory relief case and st issue is whether plaintiff, the homeowner's insurer for defendant Susan Tancreto, has a duty to defend or indemnify Ms. Tancreto against bodily injury claims by defendants Susan Horst, Alice Ogden, Dawn Taylor, Priscilla Burwell, Barbara Cogle, Candi Muse, Cindy Little, Lori Reed, Amber Hammonds, and Teri Cummings in a pending California Superior Court state court action, styled *Horst v. Pyle et al.*, case no. 191913 in Shasta County Superior Court; and

6. Whereas the state court issued an order staying the state court action because Susan Tancreto is currently a defendant in a pending criminal case involving

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

PAGE 2
STIPULATION AND ORDER TO CONTINUE MARCH 6, 2020 FOLLOW-UP CONFERENCE

the same incidents at issue in the state court action and the court continued the status conference on the matter to June 15th, 2020; and

7. Whereas there is still a pending criminal case, stay of all proceedings in the state court action, and a stay in this matter until the stay in the state court action is lifted, as well as a further status conference set in the state civil action for June 15th, 2020;

## STIPULATION

The parties, through their counsel of record, hereby stipulate to a continuance of the March 6, 2020 follow-up conference to June 26, 2020 at 10:00 a.m., which is the next available date on the court's calendar following the state civil court status conference on June 15th, 2020.

**IT IS SO STIPULATED**.

Dated March 2, 2020         PATRICK HOWE LAW, APC

                            By: */s/ Patrick M. Howe*
                                Patrick M. Howe
                                Attorney for Plaintiff
                                INTEGON NATIONAL INSURANCE
                                COMPANY

                            *[signature authorized on 2/282020]*

Dated: March 2, 2020        HASLERUD LAW OFFICE

                            By: */s/ Gary E. Haslerud*
                                Gary E. Haslerud
                                Attorneys for Defendants
                                SUSAN HORST, ALICE OGDEN,

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

**PAGE 3**
**STIPULATION AND ORDER TO CONTINUE MARCH 6, 2020 FOLLOW-UP CONFERENCE**

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

DAWN TAYLOR, PRISCILLA BURWELL, BARBARA COGLE, CANDI MUSE, CINDY LITTLE, LORI REED, AMBER HAMMONDS, and TERI CUMMINGS

*[signature authorized on 2/28/2020]*

Dated: March 2, 2020        MAIRE & DEEDON

By: */s/ David J. King*
    David J. King
    Attorneys for Defendant
    RONDA CULP

Dated: March 2, 2020        SWANSON LAW OFFICE

By:  */s/ Mark D. Norcross*
    Mark D. Norcross
    Attorney for Defendant
    SUSAN TANCRETO

*[signature authorized on 2/28/20]*

## ORDER

The March 6, 2020 follow-up status conference is continued to June 26, 2020 at 10:00 a.m. in Courtroom No. 3.

**IT IS SO ORDERED.**

DATED: March 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE