Wayne H. Maire, State Bar No. 88850
David J. King, State Bar No.: 244587
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Redding, California 96001
(530) 246-6050 / 246-6060 (fax)
wmaire@maire-law.com
dking@maire-law.com

Attorney(s) for Defendant, RONDA CULP,
erroneously sued as RHONDA CULP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY, | CASE NO.:   2:19-cv-01417-KJM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUNE 26, 2020 FOLLOW-UP CONFERENCE** |
| vs. | |
| SUSAN TANCRETO; SUSAN HORST; ALICE OGDEN; DAWN TAYLOR; PRISCILLA BURWELL; BARBARA COGLE; CANDI MUSE; CINDY LITTLE; LORI REED; AMBER HAMMONDS; TERI CUMMINGS; LARRY PYLE, M.D.; and RHONDA CULP, individually and doing business as BELLISSIMA SALON AND DAY SPA, | |
| Defendants. _____/ | |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 1
**STIPULATION AND ORDER TO CONTINUE JUNE 26, 2020 FOLLOW-UP CONFERENCE**

# RECITALS

1. Whereas all defendants have been served with plaintiff's complaint and have either appeared by way of answer or have been voluntarily dismissed; and

2. Whereas the parties previously stipulated to a stay in this matter and a follow-up conference to be heard after February 10, 2020, which was the date of the state civil court status conference; and

3. Whereas the parties previously stipulated to a stay in this matter and a follow-up conference to be heard on June 26, 2020, which was the next available date on the court's calendar following the state civil court status conference; and

4. Whereas this Court set the follow-up conference on June 26, 2020; and

5. Whereas the underlying criminal matter has had to be continued due to the ongoing pandemic and its previously set date for a preliminary hearing has been continued to August 25, 2020 and no trial date for the criminal action has yet been set; and

6. Whereas this is a declaratory relief case and at issue is whether plaintiff, the homeowner's insurer for defendant Susan Tancreto, has a duty to defend or indemnify Ms. Tancreto against bodily injury claims by defendants Susan Horst, Alice Ogden, Dawn Taylor, Priscilla Burwell, Barbara Cogle, Candi Muse, Cindy Little, Lori Reed, Amber Hammonds, and Teri Cummings in a pending California

Superior Court state court action, styled *Horst v. Pyle et al.*, case no. 191913 in Shasta County Superior Court; and

7. Whereas the state court issued an order staying the state court action because Defendant, Susan Tancreto, is currently a defendant in a pending criminal case involving the same incidents at issue in the state court action and the court continued the status conference on the matter to June 15, 2020; and

8. Whereas both the state court civil action and the pending criminal charges in Shasta County Superior Court against Defendant, Susan Tancreto, arise under the same set of underlying facts as this Federal action; and

9. Whereas the state and federal court actions have been stayed to protect Defendant, Susan Tancreto's, 5th Amendment privilege against self- incrimination; and

10. Whereas the state court on June 15, 2020 issued an order staying the state court civil case to September 21, 2020; and

11. Whereas there is still a pending criminal case, stay of all proceedings in the state court action, and a stay in this matter until the stay in the state court action is lifted, as well as a further status conference set in the state civil action for September 21, 2020;

///

///

# STIPULATION

The parties, through their counsel of record, hereby stipulate to a continuance of the June 26, 2020 follow-up conference to September 25, 2020 at 10:00 a.m., which is the next available date on the Court's calendar following the state civil court status conference on September 21, 2020.

**IT IS SO STIPULATED**.

Dated    June 16, 2020                PATRICK HOWE LAW, APC

                                      By: */s/ Patrick M. Howe*
                                          Patrick M. Howe
                                          Attorney for Plaintiff
                                          INTEGON NATIONAL INSURANCE
                                          COMPANY
                                      *[signature authorized on June 16, 2020]*

Dated:  June 16, 2020                 HASLERUD LAW OFFICE

                                      By:  */s/ Gary Haslerud*
                                          Gary E. Haslerud
                                          Attorneys for Defendants
                                          SUSAN HORST, ALICE OGDEN,
                                          DAWN TAYLOR, PRISCILLA
                                          BURWELL, BARBARA COGLE,
                                          CANDI MUSE, CINDY LITTLE,
                                          LORI REED, AMBER HAMMONDS,
                                          and TERI CUMMINGS
                                      *[signature authorized on June 16, 2020]*

Dated: June 16, 2020                  MAIRE & DEEDON

                                      By:  */s/ David J. King*
                                          David J. King
                                          Attorneys for Defendant
                                          RONDA CULP

*[Signature continued on following page]*

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 4

STIPULATION AND ORDER TO CONTINUE JUNE 26, 2020 FOLLOW-UP CONFERENCE

Dated: June 16, 2020                     SWANSON LAW OFFICE

                                                     By:     */s/ Mark D. Norcross*
                                                               Mark D. Norcross
                                                               Attorney for Defendant
                                                               SUSAN TANCRETO
                            *[signature authorized on June 16, 2020]*

## ORDER

The June 26, 2020 follow-up status conference is continued to September 25 at 10:00 a.m. in Courtroom Three.  **IT IS FURTHER ORDERED that the parties will notify the court when the underlying criminal case is resolved within 7 days.**

**IT IS SO ORDERED.**

Dated: June 22, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 5
**STIPULATION AND ORDER TO CONTINUE JUNE 26, 2020 FOLLOW-UP CONFERENCE**